**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

---

MATTHEW ELI HATCH,

Plaintiff,

v. No. 1:25-cv-01041-MLG-JFR

FRANK BISIGNANO, Commissioner
of the Social Security Administration,

Defendant.

**ORDER ADOPTING MAGISTRATE JUDGE ROBBENHAAR'S**
**PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

Pursuant to the Court's Order of Referral, Doc. 27, Magistrate Judge John F. Robbenhaar filed his Proposed Findings and Recommended Disposition ("PFRD"), Doc. 28, regarding Plaintiff Matthew Eli Hatch's Opposed Motion to Reverse or Remand ("Motion"), Doc. 13. Judge Robbenhaar recommends granting the Motion and remanding for further proceedings. Doc. 28 at 17-18. The PFRD notified the parties of their ability to file objections within fourteen days and warned them that failure to timely file objections would waive appellate review. *Id.* at 18. Neither party filed an objection. Having reviewed the PFRD, and given the lack of objections, the Court finds no reason either in law or fact to depart from the PFRD and will adopt the conclusions memorialized therein. Therefore, the PFRD is adopted; Plaintiff's Motion, Doc. 13, is granted; and this matter is remanded to the Commissioner for further proceedings.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA